UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

    Plaintiff,

v.

RON FRAKER,

    Defendant.

CASE NO. C12-0915-RSM

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, any objections to that, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 5) is DENIED;

(3) This matter is DISMISSED without prejudice for failure to state a claim upon which relief may be granted and for suing entities immune from damages, *see* 28 U.S.C. §§ 1915(e)(2)(B(ii)–(iii), § 1915A(b)(1)–(2);

(4) Because this is the **third** IFP application and proposed action filed by plaintiff

ORDER OF DISMISSAL
PAGE -1

this year, a standing bar order provides that he not be permitted other such actions for the remainder of 2012, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982); and

(5) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

DATED this 10th day of August 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -2